1  Scott Alan Burroughs (SBN 235718); scott@donigerlawfirm.com
2  Stephen M. Doniger (SBN 179314); stephen@donigerlawfirm.com
   Trevor W. Barrett (SBN 287174); tbarrett@donigerlawfirm.com
3  DONIGER / BURROUGHS
   603 Rose Avenue
4  Venice, California 90291
   Telephone: (310) 590-1820

5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> COLORISH, LLC, a California limited liability company, individually and d/b/a "Just Found," "Band Crush," and "Indigo Rose"; ZOOMIE DESIGNS, INC., a California corporation; ROSS STORES, INC., a Delaware corporation, individually and d/b/a "Ross Dress for Less" and "DDs Discounts"; BURLINGTON COAT FACTORY DIRECT CORPORATION, a New Jersey corporation; and DOES 1 through 10, <br><br> Defendants. | Case No.: 2:21-cv-01501-JAK-KS <br><br> **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

- 1 -

NOTICE OF SETTLEMENT OF ENTIRE ACTION

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2  RESPECTIVE COUNSEL OF RECORD:
3  PLEASE TAKE NOTICE that Plaintiff Fabric Selection, Inc. and
4  Defendant Colorish, LLC. have reached a settlement of the above entitled action.
5  Pursuant to the settlement, it is anticipated that a request for dismissal of the
6  action in its entirety will be filed within thirty (30) days.
7  Accordingly, the parties respectfully request that this Court adjourn the
8  dates set in this matter while the parties work to perform the terms of the
9  settlement.

10
11
12  Dated: August 4, 2021        By: /s/ Scott Alan Burroughs
                                      Scott Alan Burroughs
13                                    Stephen M. Doniger
14                                    Trevor W. Barrett
                                      DONIGER / BURROUGHS
15                                    Attorney for Plaintiff
16
17
18
19  Dated: August 4, 2021        By: /s/ Audrey L. Khoo
                                      Audrey L. Khoo
20                                    Attorney for Defendants
21
22
23
24
25
26
27
28

- 2 -

NOTICE OF SETTLEMENT OF ENTIRE ACTION