## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLORISH, LLC, *et al.*,<br><br>Defendants. | No. 2:21-cv-01501-JAK-KS<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE (DKT. 25)** |

Based on a review of the parties' Stipulation to Dismiss Action with Prejudice (the "Stipulation" (Dkt. 25)), sufficient good cause has been shown the requested relief. Therefore, the Stipulation is **APPROVED**. The action is dismissed with prejudice in its entirety with each party bearing its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: October 5, 2021

_____
John A. Kronstadt
United States District Judge

- 1 -